**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO: 8:23-CR-181-CEH-TGW**

**vs.**

**DOMINIC GIANNANTONIO**
**Defendant**
_____/

**NOTICE OF APPEARANCE**

COMES NOW the undersigned counsel, BRYANT A. SCRIVEN, and hereby enters this Notice

of Appearance as the attorney of record in the above-styled cause, and directs those copies of all

notices, filings and proceedings be served upon him.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with

the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to

the Office of the United States Attorney, on this 8th day of March 2024.

/s/ *Bryant A. Scriven*
Bryant A. Scriven, Esq.
Scriven Law P.A.
402 East 7th Avenue
Tampa, Florida 33602
(813) 226-8522 Phone
(813) 425-2372 Fax
Fla Bar. # 653691
Email: bryant@scrivenlawfirm.com
ATTORNEY FOR DEFENDANT