UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No.: 8:23-cr-181-CEH-TGW

DOMINIC GIANNANTONIO

_____/

## ORDER

THIS MATTER is before the Court on for appointment of counsel to represent Defendant for the purposes of re-sentencing.  The Defendant is entitled to counsel, does not waive his right to counsel, and is eligible for court appointed counsel. Therefore, Kathleen Lucey is hereby appointed as counsel of record in this case on behalf of Dominic Giannantonio for these post-judgment proceedings.

**ORDERED** in Tampa, Florida, on April 13, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

For THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Kathleen S. Lucey, 200 2nd Avenue S. #409
St. Petersburg, FL 33701